# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE __Southern__ DISTRICT OF __Indiana__

Brian Joseph McCarthy
(Full name of plaintiff(s))

_____

_____

v.

Lt. Larry Storms, G.E.O Group
(Full name of defendant(s))
Corp - N.C.C.F and Jennifer

Smith, G.E.O Group Corp - N.C.C.F

Cause No. __1:24-cv-1975-RLY-TAB__
(to be supplied by clerk of court)

**FILED**

**11/08/2024**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## A. PARTIES

1. Plaintiff is a citizen of __Indiana__ (State), and is located at __1000 Van Nuys Rd, New Castle, Indiana 47362__
(Address of prison or jail)

(If more than one plaintiff is filing, list address on another piece of paper)

2. Defendant __See Above__
(Name)

Is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while performing defendant's job) worked for

_____
(Employer's name and address if known)

(If you need to list more defendants, use another page)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

The Plaintiff is currently housed at the New Castle Correctional Facility (N.C.C.F.) and possesses a visual impairment disability to the point of blindness. Plaintiff necessitates assistance with all forms of communications (i.e. reading, writing, typing, etc.). Plaintiff alleges that both Defendants have infringed upon the Plaintiff's Constitutional Fourth Amendment Rights. Thwarting and Against "Cruel and Unusual Punishment". Plaintiff also alleges both Defendants knowingly and willingly violated the Indiana Department of Corrections (I.D.O.C.) Policy Statue #: 00-01-102, 02-01-111 and 02-04-101. Both Defendant parties participated in unison to violate both Federal and Indiana State Access to Legal Law Courts and Privacy Statues. Allegations listed above will hopefully be proved in the Honorable Federal Judge's Court with the Plaintiff's Ponderance of Evidence not limited to but

Including; Witness verbal depositions, witness affidavits, paper documentation, video security camera footage and G.E.O Group Corp Inner-Personnel Delta Operations Systems Employee Correspondence E-mails.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☐ I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

## D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

Plaintiff is seeking damages according to two areas: Monetary and Emotional Distress. Monetary: Plaintiff seeks maximum monetary damaged amount allowed per tort claim process of $700,000. Emotional Distress: Plaintiff enjoyed a very physical lifestyle. Plaintiff is seeking damages for the cost of necessary counseling and therapy due to the chagrin of the defendants and their lack of integrity and competance. Plaintiff also seeks for damages incured by the dismissal of file federal complaint cases, no less than four (4) purposely neglected by both defendants not observing federal honorable judges established court time frames and deadlines.

E. **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __4__ day of __November__, 20__24__

Respectfully Submitted,

__Brian McCarthy__
*Signature of Plaintiff*

__283937__
*Plaintiff's Prison ID Number*

__1000 Van Nuys Rd, N.C.C.F - P.O. Box A__
*Plaintiff's Mailing Address*

__New Castle, Indiana       47362__

*(If more than one Plaintiff, use an additional piece of paper)*

F. **CERTIFICATION** *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

__Brian McCarthy__
*Signature of Plaintiff*

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.